FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN RICHARD SMITH,<br><br>Defendant. | No.   4:20-cr-06033-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDERS** |

**IT IS HEREBY ORDERED**:

**1.**   The parties Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 20**, is **GRANTED**.

   *A.*   Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 20-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**2.**   The parties' Stipulation for Protective Order Regarding Identification

ORDER ADOPTING STIPULATED PROTECTIVE ORDERS – 1

of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 21**, is **GRANTED**.

      **B.**    Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and the parties' stipulation, the parties' proposed Stipulated Protective Order Regulating Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 21-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of November 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge